United States District Court
Southern District of Texas
**ENTERED**
March 20, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| GROUND GAME TEXAS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:22-CV-00189 |
| | § | |
| CITY OF EDINBURG, TEXAS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the Court's Order Granting Plaintiff's Motion for Summary Judgment, (Dkt. No. 36), the Court hereby **ORDERS** that judgment is entered in favor of Plaintiff.

Costs of court are awarded to Plaintiff. *See* Fed. R. Civ. P. 54(d)(1).

All relief not expressly granted herein is **DENIED**.

This is a final judgment.

SO ORDERED March 20, 2023, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge